# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KENNETH HASELWANDER,    )
      )
    Plaintiff,    )
      )
    v.    )    **Civil Case No. 10-1190 (RJL)**
      )
JOHN M. McHUGH,    )
      )
    Defendant.    )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this

18 day of July, 2012, hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #11] is

**GRANTED**; it is further

**ORDERED** that plaintiff's Cross-Motion for Summary Judgment [Dkt. #17] is

**DENIED**; it is further

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge